UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Estelle Young,

                      Plaintiff,

    -against-                                    15-CV0675 (RJD) (VMS)

Robert J. Young

                      Defendant.
---------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Ellen M. Murphy of Morvillo LLP, with offices located at 200 Liberty Street, 27th Floor, New York, New York 10281, hereby appears on behalf of defendant Robert J. Young in the above-captioned case.  The undersigned hereby requests that all papers in the above-captioned case be served upon the undersigned at the email address stated below.

      I certify that I am admitted to practice before this Court.

Dated:  New York, New York
         May 4, 2015

                                      MORVILLO LLP

                              By:  /s/ Ellen M. Murphy
                                     Ellen M. Murphy

                                200 Liberty Street, 27th Floor
                                New York, New York 10281
                                (212) 796-6330 (Phone)
                                (212) 240-8267 (Fax)
                                emurphy@morvillolaw.com

                                *Attorney for Defendant Robert J. Young*